

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON APPELLANT'S
MOTION FOR EN BANC RECONSIDERATION

Appellate case name:　　　San Jacinto River Authority v. Michael A. Burney, et al.

Appellate case number:　　01-18-00365-CV

Trial court case number:　2018-10744

Trial court:　　　　　　　157th District Court of Harris County

　　　The motion for reconsideration en banc is **DENIED.**

## PER CURIAM

En banc court consists of Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.

Chief Justice Radack not participating.


Date: <u>March 26, 2019</u>